# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 632 METACOM, INC. d/b/a HOMETOWN TAVERN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. XSZ146282,<br><br>Defendants. | No. 1:20-cv-03905-RA<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that upon the Memorandum of Law dated July 28th, 2020, the exhibits annexed thereto, and all other papers and proceedings in this action, Defendants, Certain Underwriters at Lloyd's, London Subscribing to Policy No. XSZ146282 ("Underwriters"), by their undersigned counsel, shall move before the United States District Court for the Southern District of New York for an Order to dismiss Plaintiff 632 Metacom, Inc. d/b/a Hometown Tavern's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. Underwriters respectfully request the dismissal of Plaintiff's Complaint with Prejudice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1 (b), answering papers shall be served within fourteen days after service of the moving papers.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1 (b), reply papers, if any, shall be served within seven days after service of the answering papers.

Dated: New York, New York
July 28, 2020

*Peter J. Fazio*
_____

BY:  Peter J. Fazio, Esq.
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH, LLP
Attorneys for Defendant
Certain Underwriters at Lloyd's, London
Subscribing to Policy No. XSZ146282
Office & P.O. Address
600 Third Avenue
New York, NY  10016
212-593-6700


TO:    All Parties VIA ECF

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2020, the foregoing Notice of Motion to Dismiss was electronically filed with the Clerk of Court, United States District Court for the Southern District of New York and said Notice of Motion shall be deemed served by electronic notification of the Court's CM/ECF system as copy was served via e-mail upon the following:

Darren T. Kaplan
**KAPLAN GORE LLP**
1359 Broadway
Suite 2001
New York, New York 10018

John J. Schirger
Matthew W. Lytle
Joseph M. Feierabend
**MILLER SCHIRGER LLC**
4520 Main Street
Suite 1570
Kansas City, Missouri 64111

Patrick J. Stueve
Bradley T. Wilders
Curtis Shank
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road
Suite 200
Kansas City, Missouri 64112

J. Kent Emison
**LANGDON & EMISON LLC**
911 Main Street
Lexington, Missouri 64067
Houston, Texas 77064

Richard F. Lombardo
Dawn M. Parsons
**SHAFFER LOMBARDO SHURIN, P.C.**
2001 Wynadotte Street
Kansas City, Missouri 64108