# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio<br>
(212) 593-5458<br>
pjfazio@arfdlaw.com

September 24, 2020

**VIA ECF**

United States District Court for
The Southern District of New York
40 Foley Square, Room
2203 New York, NY 10007
Attention: The Honorable Judge Ronnie Abrams

Re: 632 Metacom Inc., et al v. Certain Underwriters at Lloyd's, et al;
    Civil No.:    20-cv-03905
    Our File No:    960.002

Dear Judge Abrams:

    Our office represents the Defendant, Certain Underwriters at Lloyd's, London Subscribing to Policy Number XSZ146282 ("Lloyd's") in the above-entitled action.

    Please permit this correspondence to serve as a joint request to adjourn both the filing of the joint submission letter with case management plan and scheduling order currently due on September 25, 2020, as well as the initial status conference scheduled for October 2, 2020. This is the third request to adjourn the joint submission and initial status conference. Plaintiffs' consent to said request.

    This matter pertains to an alleged putative class action, wherein the named Plaintiff is a Warren, Rhode Island business that seeks insurance coverage under a commercial property policy for alleged loss of business income related to their businesses in Warren, Rhode Island.

    The Defendant filed a pre-answer motion to dismiss and a motion to transfer venue. The Plaintiffs' opposed these motions and the defendant filed its Reply Memorandums in support of the motions on September 22, 2020. The motions are now fully briefed and the parties request that the initial conference be adjourned until November 3, 2020.

United States District Court, Southern District of New York
Attention:  The Honorable Judge Ronnie Abrams
September 24, 2020
Re: 632 Metacom, Inc., et al v. Certain Underwriters at Lloyd's, et al;
Civil No.: 20-cv-3905

Thank you for your consideration.

Very truly yours,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

*Peter J. Fazio*

Cc: All Parties Via ECF

Application granted.  The initial conference is hereby adjourned to November 6, 2020 at 4 PM. The parties' deadline to submit the joint letter and proposed case management plan is hereby adjourned to October 30, 2020. No further extensions will be granted, absent good cause.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/25/2020